IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ARROW ELECTRONICS, INC., <br><br> Plaintiff, <br> v. <br><br> AC TECHNOLOGY, INC., et al., <br><br> Defendants. | 1:09-cv-01577-CMA-KMT |

### DEFENDANT EARLE D. MUNNS, JR.'S
### MOTION TO DISMISS DUE TO LACK OF PERSONAL JURISDICTION

Defendant Earle D. Munns, Jr. ("Munns"), pursuant to Fed.R.Civ.P. 12(b)(2), through his undersigned counsel, brings this Motion to Dismiss the Complaint filed by Plaintiff Arrow Electronics, Inc., due to lack of personal jurisdiction.

In support thereof, Defendant requests the Court's attention to the accompanying Memorandum of Points and Authorities in Support of Defendant Earle D. Munns, Jr.'s Motion to Dismiss Due to Lack of Personal Jurisdiction.

WHEREFORE, Defendant Earle D. Munns, Jr., requests that this Court grant the Motion to Dismiss and dismiss the Complaint against him, and for such further relief as this Court deems just and proper.

EARLE D. MUNNS, JR.

Respectfully submitted,

/s/ Jennifer A. Brust
Jennifer A. Brust, Esq.

Jennifer A. Brust, Esquire
Bean, Kinney & Korman, PC
2300 Wilson Blvd., Suite 700
Arlington, VA 22201
(703) 525-4000
(703) 525-2207 (Fax)
jbrust@beankinney.com
*Counsel for Earle D. Munns, Jr.*

Dennis J. Bartlett, Esquire
Kerr, Brosseau, Bartlett, O'Brien, LLC
1600 Broadway
#1600
Denver, CO 80202
303-812-1200
Fax: 303-812-1212
dbartlett@kbbolaw.com
*Co-Counsel for Earle D. Munns, Jr.*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 13, 2010, a copy of the foregoing pleading was served via this court's electronic case filing system, to the following:

Jeffrey M. Galen, Esq.
Galen & Davis, LLP
16255 Ventura Boulevard, #900
Encino, California 91436
jeffrey.galen@galendavislaw.com
Counsel for Plaintiff

Dennis J. Bartlett
Kerr, Brosseau, Bartlett, O'Brien, LLC
1600 Broadway
#1600
Denver, CO 80202
303-812-1200
Fax: 303-812-1212
dbartlett@kbbolaw.com
Co-Counsel for Defendant AC Technology, Inc.
and Earle D. Munns, Jr.

                                               /s/ Jennifer A. Brust
                                               Jennifer A. Brust, Esq.